# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS A. JOHNSON

           v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5379BHS/JKA

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **DECLINES TO ADOPT** the Report and Recommendation (Dkt. 13) as stated herein; and this action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order.

| | |
|---|---|
|   March 11, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |